NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LYNK LABS, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2023-1934

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01300.

---

**JUDGMENT**

---

STEPHEN TERRY SCHREINER, Carmichael Ip, Tysons, VA, argued for appellant. Also represented by JAMES CARMICHAEL, STEPHEN MCBRIDE, MINGHUI YANG.

DANIEL ZEILBERGER, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by NAVEEN MODI, JOSEPH PALYS, IGOR VICTOR TIMOFEYEV, DAVID VALENTE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2024
Date

Jarrett B. Perlow
Clerk of Court